BEFORE JUDGE DENIS R. HURLEY:

CIVIL CAUSE FOR 2255 MOTION HEARING

DATE: APRIL 15, 2005              AT: 1:30 - 3:30 PM

DOCKET NUMBER:  CV-02-6178

TITLE:  THOMAS LA DUCA  V.  UNITED STATES

APPEARANCES:  FOR PLAINTIFF:  JAMES NEVILLE, ESQ (CJA)

            FOR DEFENDANT:  AUSA WAYNE BAKER

 X   CASE CALLED.

 X   COUNSEL FOR ALL SIDES PRESENT.

 X   THE FOLLOWING RULINGS WERE MADE:

ON CONSENT OF THE GOVERNMENT, THE COURT GRANTS PLAINTIFF'S 2255 PETITION. THE COURT AGREES TO VACATE THE JUDGEMENT ENTERED AGAINST THOMAS LA DUCA IN CR-98-0399 .
THE PLAINTIFF AGREES TO ENTER A PLEA OF GUILTY TO COUNTS 1, 3, 4, 6, 7, 9, 23, AND 34 OF THE S-3 INDICTMENT IN CR-98-0399 AND THE COURT RESENTENCES HIM. AN AMENDED JUDGMENT WILL BE PREPARED IN CR-98-0399

THE TRANSCRIPT OF THE PROCEEDINGS IS HEREBY SEALED.

THE CLERK OF THE COURT IS DIRECTED TO CLOSE THIS CASE.